IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 20-CR-00392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, ET AL, | ) | <u>NOTICE OF APPEARANCE</u> |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Vanessa V. Healy, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as counsel of record, and requests that all notices and entries sent by this Court be sent to Vanessa V. Healy, Assistant U. S. Attorney.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   /s/ Vanessa V. Healy
    Vanessa V. Healy (OH: 0092212)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3652
    (216) 522-7499 (facsimile)
    Vanessa.Healy@usdoj.gov